

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0150-15

**DANNY RAY RANCHER, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE NINTH COURT OF APPEALS MONTGOMERY COUNTY

PER CURIAM. KEASLER and HERVEY, JJ., dissent.

## O R D E R

The petition for discretionary review violates Rule of Appellate Procedure 9.4(i)(2)(D) because the petition exceeds the proper length.

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: June 10, 2015
Do Not Publish